UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>VS.<br><br>GARY LOUIS RODRIGUEZ AND<br>NGOCLAN THI DANG<br><br>Defendant(s), | 2:06-CR-096-JCM-RJJ |

**SEALED ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: September 27, 2010            /s/ James C. Mahan
                                                            **U.S. DISTRICT JUDGE**